1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiff*
   *Deckers Outdoor Corporation*
7

JS-6

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 DECKERS OUTDOOR                    ) CASE NO. CV 12-2282-GW(OPx)
   CORPORATION, a Delaware            )
12 Corporation,                       ) **ORDER RE CONSENT JUDGMENT**
                                      ) **INCLUDING PERMANENT**
13              Plaintiff,            ) **INJUNCTION AND VOLUNTARY**
         v.                           ) **DISMISSAL OF ACTION WITH**
14                                    ) **PREJUDICE**
   LAMO SHEEPSKIN, INC., a California )
15 Corporation; and DOES 1-10, inclusive, )
                                      )
16                                    )
                Defendants.           )
17                                    )
                                      )
18                                    )

19      WHEREAS Plaintiff Deckers Outdoor Corporation ("Deckers") and Defendant
20 Lamo Sheepskin, Inc. ("Lamo") have entered into a Settlement Agreement and Mutual
21 Release as to the claims in the above referenced matter.  Defendant, having agreed to
22 consent to the below terms, it is hereby **ORDERED, ADJUDGED, and DECREED**
23 as among the parties hereto that:
24      1.  This Court has jurisdiction over the parties to this Final Consent Decree
25 and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.
26      2.  Deckers is the owner of the design patent for the "Sheepskin Cuff Boot"
27 under U.S. Reg. No. D634,109 (registered on March 15, 2011).
28

3. Plaintiff has alleged in the present action that Defendant's manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear depicted below ("Disputed Products") infringe upon the Sheepskin Cuff Boot design patent.

4. Lamo and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Decree are hereby permanently restrained and enjoined from the following:

 (a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, and/or incorporating in advertising or marketing the Disputed Products and/or any other products which infringe upon Sheepskin Cuff Boot design patent or the claims therein;

 (b) Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner the Disputed Products except as otherwise provided in the parties' settlement agreement;

 (c) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(b) above.

5. Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

6. The execution of this Consent Decree shall serve to bind and obligate the parties hereto.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final

1  Judgment, the enforcement thereof and the punishment of any violations thereof.
2  Except as otherwise provided herein, this action is fully resolved with prejudice.
3  **IT IS SO ORDERED.**
4  DATED:  June 17, 2013
5  
         Hon. George H. Wu
6        **United States District Judge**